IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CRYSTAL DAWN PACK** <br> **MARY JO SMITH** <br><br> **Plaintiffs** <br><br> v. <br><br> **AUTO BANK, INC.** <br><br> **Defendant** | * <br> * <br> *    Civil Action No. ELH – 14-CV-3359 <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel, hereby stipulate and agree that this matter has been **SETTLED** and it shall be **DISMISSED WITH PREJUDICE** as to all claims and to all parties.

| | |
|---|---|
| /s/ Bernard T. Kennedy | /s/ Gregory S. Emrick |
| Bernard T. Kennedy, Esquire | Gregory S. Emrick (Bar No. 28860) |
| The Kennedy Law Firm | Semmes, Bowen & Semmes |
| Maryland Consumer Law Group | 25 South Charles Street, Suite 1400 |
| 163 Mitchells Chance Road, Suite #244 | Baltimore, Maryland 21201 |
| Edgewater, Maryland 21037-0657 | (410) 539-5040 |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Auto Bank, Inc.* |